IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JESUS FAJARDO-ZAMORA,<br><br>Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | **MEMORANDUM DECISION AND ORDER DENYING [30] MOTION FOR EARLY RELEASE**<br><br>Case No. 2:16-cr-00029-DN<br><br>District Judge David Nuffer |

Petitioner Jesus Fajardo-Zamora seeks early release under 18 U.S.C. § 3624.[1] The United States responds in opposition.[2] Fajardo-Zamora did not file a reply.

Because the court does not have authority under 18 U.S.C. § 3624 to grant an early release, the Motion is DENIED.

## DISCUSSION

Fajardo-Zamora argues that the court "has the discretion, pursuant to the federal prison bureau non-violent offenders relief act of 2013, to consider trhe [sic] factors set forth in 18 usc section 3624 issued petitioner an immediately early release accordingly."[3]

The United States correctly points out that the Federal Prison Bureau Nonviolent Offender Relief Act of 2013 has never been enacted into law.[4] And 18 U.S.C. 3624 outlines the terms of custody and release guidelines for the Director of the Bureau of Prisons. It does not give the court authority to grant early release.

---

[1] Motion for Early Release Pursuant to Title 18 USC 3624 (Motion), docket no. 30, filed August 5, 2016.

[2] United States' Response to Petitioner's Motion for Early Release, docket no. 34, filed February 13, 2017.

[3] Motion at 5.

[4] *See* H.R.62 – Federal Prison Bureau Nonviolent Offender Relief Act of 2013, *available at* https://www.congress.gov/bill/113th-congress/house-bill/62/actions.

Therefore, Fajardo-Zamora's motion fails because he has not shown that he is eligible or merits relief under 18 U.S.C. § 3624 and the Federal Prison Bureau Nonviolent Offender Relief Act of 2013 is not the law.[5]

### ORDER

IT IS HEREBY ORDERED that the Motion for Early Release Pursuant to Title 18 U.S.C. 3624[6] is DENIED.

Signed April 20, 2017.

BY THE COURT

District Judge David Nuffer

---

[5] Though, even if it were the law, it still would not endow the court with the authority to release Fajardo-Zamora. It is directed toward the Bureau of Prisons.

[6] Docket no. 30, filed August 5, 2016.